FILED IN OPEN COURT
ON 10-27-2026 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-72-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TASO GRETES<br>a/k/a "Tommy Gretes" | )<br>)<br>)<br>)<br>)<br>)<br>) | **INDICTMENT** |

The Grand Jury charges that:

**COUNT ONE**

On or about October 25, 2024, in the Eastern District of North Carolina, the Defendant, TASO GRETES also known as "Tommy Gretes", an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[The remainder of this page is intentionally blank.]

**COUNT TWO**

On or about October 25, 2024, in the Eastern District of North Carolina, the Defendant, TASO GRETES also known as "Tommy Gretes", an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/27/2026

W. ELLIS BOYLE
United States Attorney

BY: KENAN L.W. DRUM
Assistant United States Attorney